

# ATTACHMENT 1

DOC NO
rec'd/FILED

2021 MAR 15 AM 10: 39

CLERK US DIST COURT
WD OF WI

# COMPLAINT FORM

### (for non-prisoner filers without lawyers)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

_MICHAEL P. O'KEEFE_

_____

_____

vs

(Full name of defendant(s))

_CAPITAL ONE_

_AMAZON_

_____

Case Number:

21-cv-182-bbc

_____

(to be supplied by clerk of court)

## A.   PARTIES

1.   Plaintiff is a citizen of _WISCONSIN_ and resides at
(State)

_2007 OHIO AVE, SUPERIOR, WI 54880_
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant *CAPITAL ONE      AMAZON INC*
                                                    (Name)

is (if a person or private corporation) a citizen of _____

_____ (State, if known)

and (if a person) resides at _____

_____ (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

_____ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

*Please read the attachment. It is the word for word case I would present in its entirety.*

C.   JURISDICTION

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

.003 OF DEFENDANTS 2020 GROSS PROFIT IN PUNITIVE DAMAGES, THE AMOUNT THEY TOOK FROM MY 2020 GROSS INCOME.

E.   JURY DEMAND

☒   Jury Demand - I want a jury to hear my case
                      OR
☐   Court Trial – I want a judge to hear my case


Dated this _____ day of _____ 20_____.


                    Respectfully Submitted,


                    *Michael P. O'Keefe*
                    Signature of Plaintiff

                    *715-817-1418*
                    Plaintiff's Telephone Number

                    *immichaelp 1348@ yahoo.com*
                    Plaintiff's Email Address

                    *2007 OHIO AVE*

                    *SUPERIOR, WI 54880*
                    (Mailing Address of Plaintiff)

            (If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

**WISCONSIN**
**7th Circuit**

*If I have to appear, I choose Eau Claire.*



*03-12-2021*

I REQUEST THAT JURORS NOT BE INFORMED OF ANY MONETARY FIGURES OR NAMES OF THE DEFENDANTS AS THIS WOULD DRASTICALLY REDUCE MY CHANCE OF SUCCESS.

We are gathered here today to determine if two of the largest financial institutions in America have committed any wrong doing to a 72 year old, Viet Nam War Vetern, living on social security retirement income. Let the trial begin.

We are leaving the "inside of the box, which is this world and going "outside the box into the financial world. The financial world is based on accounting principles. The formulas and numbers are constant, they are clear, they are logical, they are organized. Numbers do not lie or express an opinion. The numbers are used in formulas ending in a monetary figure, i.e. credit card interest is the average daily principal*(interest rate/365)*days in the monthly cylcle. Your payment is based on a percentage of amount owed. To make it easier to understand, I am going to use formulas to resolve this case.

TO BEGIN THIS CASE WE HAVE TO LOOK AT THE BIG PICTURE. YOU HAVE TO THINK "OUTSIDE THE BOX", ( The inside of the box are those who process the monetary numbers as figures not the values used to create them).

## 0.003

A number is just a figure with no meaning. To give it any signifiance it must be given a value. As plaintiff, I would like to assign a value to this number, common to all calculations made by parties involved in this case.

1

The above figure, .003, is currency and is the percentage of the unjustified charges, applied to my account, based on my 2020 annual gross income. Focus of this case should be highly placed on this percentage amount.

Without any consideration for the effect it would have on me, these defendants, UNJUSTIFIABLY, forced me to make payments that would end up totaling .003 of my 2020 annual income, which wasn't owed to them. Begining in September 2020, I had opened a case with the defendants trying to rectify the situation. After 01-09-2021, both parties indicated no wrong doing. The case was then closed by them, forcing me to make payments for something not in my prosession. If they were humans, they would be bullies. "I got your money, what ya gonna do about it Punk?" Case closed!! "BULLIES!!!" Therefore, it would only be justified if they were obligated to pay me punative damages equaling .003 of their 2020 annual profit/income.

I filed a small claims lawsuit on 01-28-2021 (closed on 03-11-2021).

Amazon received a copy approximately ten days later. Miraculously, on 02-18-2021 a credit appeared on my credit card. Then, on 02-25-2021 the lawfirm representing Amazon, made a cash offer for me to drop the case. Why would this happen? If they were not at fault, why would they apply the credit to my credit card, in such a short period of time. Why couldn't they have done it up to the five months prior to my filing the small claims lawsuit? I know, because the case was closed and they were collecting undeserved money.

Any judgment ruled by the court would have to be that of personal opinion. If it were a machine making the decision, the ruling would be 100% in favor of the plaintiff. This, of course, is only my opinion. Any decision you make concerning this case is your prerogative. Are you going to vote for the plaintiff, who was fraudently cheated of his income because he, like a vast number of Americans, was considered to be so "inside the box" that I would take no action to collect punative damages due. Are you going to let them have a lesser penalty because they make more money? If there is anyone

1

else out there that this has happened to, they will have little chance in receiving justice.  Because the defendants make ungodly amounts of profits does not give them the right to do what was done.

People say an eye for an eye to mean a system of justice in which the punishment for a crime is either the same as the crime or equivalent to it. The defendants combined gross income for 2020 was $181,280,000,000. That's $181,280 a million times.  And that's in one year.

Michael P. O'Keefe

2007 Ohio Avenue

Superior, Wi  54880

715-817-1418

immichaelp1348@yahoo.com