FROM:

Mike O'Keefe
2007 Ohio Ave
Superior, WI 54880

TO:

U.S. Districk Ct Clerk
120 N. Henry St. Rm 320
Madison, WI 53703
53703



UNITED STATES POSTAL SERVICE — Retail

US POSTAGE PAID
$7.70
Origin: 54880
03/11/21
5680800090-11

PRIORITY MAIL 2-DAY®

0 Lb 3.90 Oz
1006

EXPECTED DELIVERY DAY: 03/15/21

C030

SHIP TO:
120 N HENRY ST
STE 320
Madison WI 53703-2559

