DCC NO
        D/FILED

UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

_MICHAEL P. O'KEEFE_
Full name of plaintiff(s)

v.      Case No. 21-cv-182-bbc
                (Provided by the clerk of court)

_CAPITAL ONE   AMAZON INC_
Full name of defendant(s)

## NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT
## WITHOUT PREPAYING THE FILING FEE

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

I. **Personal Information**

1) Are you employed?   ☐ Yes   ☒ No   _RETIRED_

2) Are you married?   ☒ Yes   ☐ No   _LIVING APART_
   If "Yes," is your spouse employed?   ☒ Yes   ☐ No   _PART TIME_

3) Do you have any dependents that you are responsible for supporting?
   ☐ Yes   ☒ No
   If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |

**II.** **Income** - If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary? $ _0_

2) Provide the name and address of your employer(s):

    _____

3) State your spouse's total *monthly* wages or salary? $ _3153_

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| PENSION + SS | $ 3,839 |
| PENSION + SS WIFE | $ 3,395 |

**III.** **Expenses** - If you are married or have dependents, *your expenses should also include your household's expenses.*
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month: _SEE ATTACHED._

   ☐ Rent or  ☑ Mortgage          $ _____

   Car payment(s)                  $ _____

   Alimony or court-ordered child support $ _____

   Credit card payment(s)          $ _____

*Inside the Box*

| March 1, 2021 | | | | | | |
|---|---|---|---|---|---|---|
| BANK | CURRENT $$ | DEPOSITS | DEBIT | | | BANK BAL |
| WWW.USAA.COM | $68.63 | $15,484 | -$37 | | | $15,516 |
| CHECK : CREDITOR | DEBT | PAYMENT | INTEREST | INT RATE | DEBT BAL | BANK BAL |
| 1001 Mortgage | $72,079.93 | $389 | $207 | 3.375% | $71,897 | $15,127 |
| 1002 Utilities | $289.00 | $289 | $0 | 0.000% | $289 | $14,838 |
| 1003 Sewage 2,5,8,11 | $151.26 | $0 | $0 | 0.000% | $151 | $14,838 |
| 1004 Internet | $35.00 | $35 | $0 | 0.000% | $35 | $14,803 |
| 1005 TV | $86.36 | $86 | $0 | 0.000% | $86 | $14,716 |
| 1006 Auto ~~Ins~~ | $500.00 | $0 | $0 | 0.000% | $0 | $14,716 |
| 1007 Student Loan | $29,314.62 | $0 | $151 | 6.070% | $29,315 | $14,716 |
| 1008 USAA 3439 | $7,632.00 | $132 | $0 | 6/10/21 | $7,500 | $14,584 |
| 1009 BANK OF AMERICA | $4,995.50 | $96 | $0 | 0.000% | $4,900 | $14,489 |
| 1010 Farmer Ins | $583.00 | $583 | $0 | 0.000% | $0 | $13,906 |
| 1011 Dane Cty Sheriff | $50.08 | $50 | $0 | 0.000% | $0 | $13,856 |
| 1012 Richmond City Sher | $75.00 | $75 | $0 | 0.000% | $0 | $13,781 |
| 1013 Discover HOUSE SID | $11,000.00 | $11,000 | $11 | 6.990% | $11 | $2,781 |
| TOTALS | $126,291.75 | $12,735 | $368 | | $114,184 | |
| | $12,627.50 | | | | $12,400 | $0 |

*All money left over after basic monthly payments goes to credit card debt.*

*Outside the box*

| 44256 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | BANK | | CURRENT $$ | DEPOSITS | DEBIT | | | BANK BAL |
| =CHECK!B2 | | | ='FEB 21'!J22 | =3084.15+11000+1 | -37.16 | | | =SUM(D3:F3) |
| CHECK # | CREDITOR | | | DEBT | PAYMENT | INTEREST | INT RATE | DEBT BAL | BANK BAL |
| 1001 | =CHECK!D9 | | ='FEB 21'!I8 | | =CHECK!J9*-1 | =D5*(G5/365)' | =CHECK!H14 | =D5+E5+F5 | =I3+E5 |
| =B5+1 | =CHECK!D20 | | ='FEB 21'!I9 | | =CHECK!J20*-1 | =D6*(G6/365)' | =CHECK!H25 | =D6 | =I5+E6 |
| =B6+1 | =CHECK!D31 | | ='FEB 21'!I10 | | 0 | =D7*(G7/365)' | =CHECK!H36 | =D7 | =I6+E7 |
| =B7+1 | =CHECK!D42 | | ='FEB 21'!I11 | | =CHECK!J42*-1 | =D8*(G8/365)' | =CHECK!H47 | =D8 | =I7+E8 |
| =B8+1 | =CHECK!D53 | | 86.36 | | =D9*-1 | =D9*(G9/365)' | =CHECK!H58 | =D9 | =I8+E9 |
| =B9+1 | =CHECK!D64 | | ='FEB 21'!I13 | | =CHECK!J64*-1 | =D10*(G10/36 | =CHECK!H69 | =D10 | =I9+E10 |
| =B10+1 | =CHECK!D75 | | ='FEB 21'!I14 | | 0 | =D11*(G11/36 | =CHECK!H80 | =D11 | =I10+E11 |
| =B11+1 | =CHECK!D108 | | ='FEB 21'!I17 | | -132 | 0 | 44357 | =SUM(D12:F12) | =I11+E12 |
| =B12+1 | BANK OF AMERICA | | =4850+145.5 | | -95.5 | =D13*(G13/36 | =CHECK!H145 | =SUM(D13:F13) | =I12+E13 |
| =B13+1 | Farmer Ins | | 583 | | =D14*-1 | =D14*(G14/36 | =CHECK!H124 | 0 | =I13+E14 |
| =B14+1 | Dane Cty Sheriff | | 50.08 | | -50.08 | =D15*(G15/36 | =CHECK!H144 | =SUM(D15:F15) | =I14+E15 |
| =B15+1 | Richmond City Sheriff | | 75 | | -75 | =D16*(G16/36 | =CHECK!H155 | =SUM(D16:F16) | =I15+E16 |
| =B16+1 | Discover HOUSE SIDING & ROOF | | 11000 | | -11000 | =D17*(G17/36 | 0.0699 | =SUM(D17:F17) | =I16+E17 |
| | TOTALS | | =SUM(D5:D17) | | =SUM(E5:E17) | =SUM(F5:F17) | | =SUM(H5:H17) | |
| | | | =SUM(D12:D13) | | | | | =SUM(H12:H13) | =H19/(91450+4200) |

2) Do you have any other *monthly* expenses that you have not already listed?
   ☐ Yes    ☒ No

   If "Yes," list them below:

   | Expense | Amount |
   |---------|--------|
   |         | $      |
   |         | $      |
   |         | $      |

3) What are your total *monthly* expenses?  $ _1245_

**IV. Property** - If you are married, your answers must *include your spouse's property*.

1) Do you own a car?  ☒ Yes    ☐ No    If "Yes," list car(s) below:

   | Make and Model | Year | Approximate Current Value |
   |----------------|------|---------------------------|
   | 2003 MITSUBSHI GALLANT | 2003 | $ 2,000 |
   |                |      | $                         |

2) Do you own your home(s)?    ☒ Yes    ☐ No
   BUILT IN 1930
   If "Yes," state the approximate value(s). $ _89,300_

   What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?    $ _17,000_

3) Do you have any cash or checking, savings, or other similar accounts?
   ☐ Yes    ☒ No

   If "Yes," state the total of such sums.    $_____

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

☐ Yes ☒ No

If "Yes," describe the property and the approximate value(s).

_____

V. **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____
_____
_____
_____
_____

I, *Michael P. O'Keefe*, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

03-12-2021
Date

*Michael P. O'Keefe*
Signature - Signed Under Penalty of Perjury